# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10579-JCM |
| | : | |
| Kaycee N. Perdue, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**August 20, 2025 – October 3, 2025**


**Next Payment Advice Expected (post-filing):**

**October 17, 2025**

C.C.                                **PERDUE, KAYCEE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10579-JCM |
| | : | |
| Kaycee N. Perdue, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Kaycee N. Perdue, hereby state as follows:

1.) I am employed by Titusville Area School District where I bring home an average of $2,448.08 per month.
2.) My husband is self-employed where he brings home an average of $3,243.42 per month.
3.) I was required to file 2023 – 2024 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

  I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 4, 2025       /s/ Kaycee N. Perdue
                    Debtor

| Perdue, Kaycee N | | ID: 2060 | | Direct Deposit # D000153387 | | Titusville Area School District | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 08/20/2025 | | 1,685.20 | | 6,729.60 | 07/31/2025 | Federal Tax | 0.00 | 6,174.41 | 0.00 |
| MAR | EX | ADD FED | Personal | Sick | | Soc. Sec. Tax | 104.48 | 6,729.60 | 417.22 |
| M | 0 | 0.00 | 0.000 | 0.000 | | Medicare Tax | 24.44 | 6,729.60 | 97.58 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | | | |
| | | | | | | PA State Tax | 51.74 | 6,729.60 | 206.60 |
| Hours | | 88.00 | 0.00 | 1.50 | 19.15 | 1,685.20 | | | |
| | | | | | | UC Tax | 1.18 | 6,729.60 | 4.71 |
| | | | | | | Retirement | 139.03 | 6,729.60 | 555.19 |
| | | | | | | Local EIT | 16.85 | 6,729.60 | 67.29 |
| | | | | | | LST | 2.17 | | 10.85 |
| | | | | | | Net Pay | | | 1,345.31 |

**It's almost time...**

Bank Information

C    1,345.31

Direct Deposit # D000153387

| Date | 08/20/2025 |
|---|---|
| Amount | $1,345.31 |

KAYCEE N PERDUE         090
21648 NEILTOWN RD
PLEASANTVILLE PA   16341

| Perdue, Kaycee N | | ID: 2060 | | Direct Deposit # D000153644 | | Titusville Area School District | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 09/05/2025 | | 919.20 | 7,648.80 | 08/15/2025 | | Federal Tax | 0.00 | 7,017.78 | 0.00 |
| MAR | EX | ADD FED | Personal | Sick | | Soc. Sec. Tax | 56.99 | 7,648.80 | 474.21 |
| M | 0 | 0.00 | 0.000 | 0.000 | | Medicare Tax | 13.33 | 7,648.80 | 110.91 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | PA State Tax | 28.22 | 7,648.80 | 234.82 |
| Hours | | 48.00 | 0.00 | 1.50 | 19.15 | 919.20 | UC Tax | 0.64 | 7,648.80 | 5.35 |
| | | | | | | | Retirement | 75.83 | 7,648.80 | 631.02 |
| | | | | | | | Local EIT | 9.19 | 7,648.80 | 76.48 |
| | | | | | | | LST | 2.17 | | 13.02 |
| | | | | | | | Net Pay | | | 732.83 |

**Let's make it a fantastic school year!**

Bank Information

C        732.83

Direct Deposit # D000153644
Date       09/05/2025
Amount     $732.83

KAYCEE N PERDUE                    090
21648 NEILTOWN RD
PLEASANTVILLE PA   16341

| Perdue, Kaycee N | | ID: 2060 | | Direct Deposit # D000153952 | | Titusville Area School District | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | | YTD Wages | Abs. Balance Date as of: | Deduction | Pay | YTD Gross | YTD W/H |
| 09/19/2025 | | 1,581.00 | | 9,229.80 | 08/31/2025 | Federal Tax | 0.00 | 8,317.99 | 0.00 |
| MAR | EX | ADD FED | Personal | Sick | | Soc. Sec. Tax | 88.70 | 9,079.44 | 562.91 |
| M | 0 | 0.00 | 0.000 | 0.000 | | Medicare Tax | 20.74 | 9,079.44 | 131.65 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | | | |
| | | | | | | PA State Tax | 43.92 | 9,079.44 | 278.74 |
| Additional Pay | | 1.00 | 0.00 | 0.00 | 49.00 | 49.00 | | | |
| | | | | | | UC Tax | 1.11 | 9,229.80 | 6.46 |
| Hours | | 80.00 | 0.00 | 1.50 | 19.15 | 1,532.00 | | | |
| | | | | | | Retirement | 130.43 | 9,229.80 | 761.45 |
| | | | | | | Local EIT | 14.31 | 9,079.44 | 90.79 |
| | | | | | | LST | 2.17 | | 15.19 |
| | | | | | | HPTX | 150.36 | | 150.36 |
| | | | | | | Net Pay | | | 1,129.26 |

**"An investment in knowledge pays the best interest." – Benjamin Franklin**

* 08/30 - Cross Country*

Bank Information

C    1,129.26

Direct Deposit # D000153952

| Date | 09/19/2025 |
|---|---|
| Amount | $1,129.26 |

KAYCEE N PERDUE          090
21648 NEILTOWN RD
PLEASANTVILLE PA   16341

| Perdue, Kaycee N | | ID: 2060 | | Direct Deposit # D000154270 | | Titusville Area School District | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | Abs. Balance Date as of: | | Deduction | Pay | YTD Gross | YTD W/H |
| 10/03/2025 | | 1,685.20 | 10,915.00 | | 09/15/2025 | Federal Tax | 0.00 | 9,826.57 | 0.00 |
| MAR | EX   ADD FED | Personal | Sick | | | Soc. Sec. Tax | 102.15 | 10,727.05 | 665.06 |
| M | 0   0.00 | 2.000 | 11.000 | | | Medicare Tax | 23.89 | 10,727.05 | 155.54 |
| Payment Type | | Reg   OT | Fctr | Rate | Amount | PA State Tax | 50.58 | 10,727.05 | 329.32 |
| Hours | | 88.00   0.00 | 1.50 | 19.15 | 1,685.20 | UC Tax | 1.18 | 10,915.00 | 7.64 |
| | | | | | | Retirement | 139.03 | 10,915.00 | 900.48 |
| | | | | | | Local EIT | 16.48 | 10,727.05 | 107.27 |
| | | | | | | LST | 2.17 | | 17.36 |
| | | | | | | HPTX | 37.59 | | 187.95 |
| | | | | | | Net Pay | | | 1,312.13 |

**Let the sunshine in!**

Bank Information
                              C    1,312.13

Direct Deposit # D000154270
Date    10/03/2025
Amount    $1,312.13

KAYCEE N PERDUE                    090
21648 NEILTOWN RD
PLEASANTVILLE PA    16341