IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.:  25-10579-JCM |
| | ) |
| KAYCEE N. PERDUE, | ) Chapter 13 |
| | ) |
| Debtor | ) |

## APPEARANCE AND REQUEST FOR SERVICE

TO THE CLERK:

Please enter our appearance as attorneys for Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323 in the above matter and please provide the undersigned with notice and service in accordance with Bankruptcy Rule 2002.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for Galaxy Federal Credit Union

By:    */s/ Mark G. Claypool*
      Mark G. Claypool
      PA I.D. No. 63199
      120 West Tenth Street
      Erie, Pennsylvania  16501-1461
      (814) 459-2800
      mclaypool@kmgslaw.com

cc:    Daniel P. Foster
        Foster Law Offices
        1210 Park Avenue
        Meadville, PA 16335

# 2647481.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.: 25-10579-JCM |
| | ) |
| KAYCEE N. PERDUE, | ) Chapter 13 |
| | ) |
| Debtor | ) |

## DECLARATION IN LIEU OF AFFIDAVIT

**Regarding Request To Be Added in the Mailing Matrix**

    I am the Attorney for Galaxy Federal Credit Union, a creditor in the above captioned bankruptcy case, and I am authorized by this party to make the accompanying request for notices. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

**Please check the appropriate box**

X    that there are no other requests to receive notices on behalf of this creditor, or

☐    that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

<u>Galaxy Federal Credit Union</u>
Creditor's Name

<u>1313 Liberty Street</u>
Creditor's Address

<u>Franklin, PA 16323</u>
City, State ZIP

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 7, 2025

<u>Mark G. Claypool, Esquire</u>
Attorney For Creditor
<u>*/s/ Mark G. Claypool, Esquire*</u>
Signature of Attorney for Creditor

# 2647481.v1